IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  6:26-mj-00024-HBK |
| Plaintiff, | |
| v. | |
| ARVIND SRINIVASAN | ORDER GRANTING COUNSEL'S REQUEST TO APPEAR REMOTELY |
| Defendant. | (Doc, 8) |

Marc Days, defense counsel for Defendant Arvind Srinivasan, moves to request leave to appear by videoconference at the August 11, 2026, in the Yosemite Division and at all future hearings in this matter, unless otherwise ordered.  (Doc. 8).  Counsel is based in Fresno, California.  The Court finds good cause to grant the motion.

Accordingly, IT IS ORDERED:

1. Defense counsel's motion (Doc. 8) is GRANTED.

2. Defense counsel, Marc Days, is authorized to appear remotely at the status conference set for August 11, 2026, and at all future hearings in this matter, unless otherwise ordered, before the Honorable Helena M. Barch-Kuchta.

3. The proceeding will occur via Zoom or another Court-designated platform; the Courtroom Deputy will provide connection details and instructions.

4. Counsel must use a stable connection and appear from a quiet, private location.

5. Recording, photography, or rebroadcasting is prohibited.

6. This order authorized remote appearance in this case unless the Court directs otherwise for a particular proceeding.

IT IS SO ORDERED.


Dated:    June 26, 2026

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

U.S. v. Srinivasan, 6:26-mj-00024-HBK                    -2-
Motion for Leave to Appear Remotely